# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MARSHALL MOFFETT,

    Petitioner,

v.                                                   CASE NO: 8:08-cv-2574-T-26TBM

SECRETARY, DEPARTMENT OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

Upon due consideration of the court file, including the Court's order denying Petitioner's petition for writ of habeas corpus entered March 11, 2009, at docket 14, it is ordered and adjudged as follows:

1) Petitioner's Motion for Certificate of Appealability (Dkt. 25) is denied because Petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(2).

2) Petitioner's Motion for Leave to Proceed In Forma Pauperis (Dkt. 26) is denied because this appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3). Petitioner shall be required to pay the full amount of the Clerk's appellate filing fee pursuant to 28 U.S.C. § 1915(b)(1).

**DONE AND ORDERED** at Tampa, Florida, on June 5, 2009.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record and Petitioner, pro se